LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
LISA J. ZASTROW, ESQ.
Nevada Bar No. 9727
9900 Covington Cross Drive, Ste. 120
Las Vegas, Nevada 89144
(702) 382-1500 phone
(702) 382-1512 fax
jgarin@lipsonneilson.com
lzastrow@lipsonneilson.com

FORD HARRISON
LUIS SANTOS
TODD AIDMAN
*Pro Hac Vice Application Forthcoming*
101 Kennedy Boulevard, Suite 900
Tampa, Florida 33602
(813) 261-7840 – Phone
lsantos@Fordharrison.com
taidman@Fordharrison.com

Attorneys for Defendant MILLER'S ALE HOUSE, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JASMINE ASSI, individually,<br><br>Plaintiff,<br><br>vs.<br><br>MILLER'S ALE HOUSE, INC., a foreign corporation; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-02623-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE DEFENDANT MILLER'S ALE HOUSE, INC.'S RESPONSE TO PLAINTIFF JASMINE ASSI'S COMPLAINT [ECF No. 1]**<br><br>**(First Request)** |

Defendant MILLER'S ALE HOUSE, INC. ("Defendant") and Plaintiff JASMINE ASSI ("Plaintiff"), by and through their respective counsel hereby agree and stipulate as follows:

/ / /

/ / /

/ / /

IT IS HEREBY AGREED AND STIPULATED, that the deadline for Defendant to file its Response to Plaintiff's Complaint [ECF No. 1] shall be extended to **November 14, 2017**. Defendant's response was originally due on October 31, 2017. Additional time is necessary for counsel to respond due to the recent engagement of counsel and the proximity of person most knowledgeable at Defendant's offices. This is the parties' first request for an extension. The parties have entered into the agreement in good faith and not for purposes of delay.

| Dated this 30th day of October, 2017. | Dated this 30th day of October, 2017. |
|---|---|
| LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C. | MAIER GUTIERREZ & ASSOCIATES |
| /s/ Joseph P. Garin<br>By: _____<br>JOSEPH P. GARIN, ESQ.<br>Nevada Bar No. 6653<br>LISA J. ZASTROW, ESQ.<br>Nevada Bar No. 9727<br>9900 Covington Cross Drive, Ste. 120<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Defendant* | /s/ Joseph A. Gutierrez<br>By: _____<br>JOSEPH A. GUTIERREZ, ESQ.<br>Nevada Bar No. 9046<br>DANIELLE J. GBARRAZA, ESQ.<br>Nevada Bar No. 13822<br>8816 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148<br><br>*Attorneys for Plaintiff* |

IT IS SO ORDERED.

Dated this 31st day of October, 2017.

_____
UNITED STATES MAGISTRATE JUDGE