UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JASMINE ASSI,

        Plaintiff(s),

v.

MILLER'S ALE HOUSE, INC.,

        Defendant(s).

Case No. 2:17-cv-02623-JCM-VCF

**ORDER REGARDING EARLY NEUTRAL EVALUATION SESSION**

    Due to conflicting duties of the Court, the early neutral evaluation in this case is **ADVANCED** in time only to 9:00 a.m. The parties are further advised that the early neutral evaluation will conclude no later than 12:30 p.m.

    IT IS SO ORDERED.

    Dated: December 1, 2017

_____
Nancy J. Koppe
United States Magistrate Judge