# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JASIMINE ASSI, | Case No. 2:17-cv-02623-JCM-VCF |
| Plaintiff, | |
| vs. | ORDER TO SHOW CAUSE |
| MILLER'S ALE HOUSE, INC., | |
| Defendant. | |

On January 29, 2018, the Court ordered counsel for Plaintiff to show cause why he failed to comply with the Court's order at Docket No. 11, and whether the ENE should proceed despite the fact that Plaintiff's failure to comply with the Court's order causes the ENE to proceed in a manner that is, in the Court's experience, unproductive. Docket No. 18. Counsel responded to the Court's order. Docket No 19.

Accordingly, the order to show cause, Docket No. 18, is hereby DISCHARGED. The ENE will proceed as scheduled on January 30, 2018, at 9:00 a.m.

IT IS SO ORDERED.

Dated: January 29, 2018.

Nancy J. Koppe
United States Magistrate Judge