1  JOSEPH A. GUTIERREZ, ESQ.
   Nevada Bar No. 9046
2  DANIELLE J. BARRAZA, ESQ.
   Nevada Bar No. 13822
3  **MAIER GUTIERREZ & ASSOCIATES**
   8816 Spanish Ridge Avenue
4  Las Vegas, Nevada 89148
   Telephone: 702.629.7900
5  Facsimile:  702.629.7925
   E-mail:    jag@mgalaw.com
6             djb@mgalaw.com

7  *Attorneys for Plaintiff Jasmine Assi*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| JASMINE ASSI, individually, | Case No.: 2:17-cv-02623-JCM-VCF |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT AND REQUEST TO VACATE REMAINING DISCOVERY DEADLINES** |
| vs. | |
| MILLER'S ALE HOUSE, INC., a foreign corporation; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive, | |
| Defendants. | |

Plaintiff Jasmine Assi, by and through her counsel of record, MAIER GUTIERREZ & ASSOCIATES, and Defendant Miller's Ale House, by and through its counsel of record, FORD HARRISON LLP and LIPSON NIELSEN COLE, SELTZER & GARIN, P.C., hereby respectfully inform the Court that they have reached a settlement to resolve Plaintiff's claims asserted in the above-captioned case.

/ / /

/ / /

/ / /

/ / /

/ / /

1

The parteis respectfully request that all remaining discovery deadlines be vacated, and request thirty (30) days to file a stipulation and order for dismissal.

DATED this 15th day of August, 2018.

**MAIER GUTIERREZ & ASSOCIATES**

 */s/ Danielle J. Barraza*_____
JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
DANIELLE J. BARRAZA, ESQ.
Nevada Bar No. 13822
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Plaintiff Jasmine Assi*

DATED this 15th day of August, 2018.

**FORD HARRISON LLP**

 */s/ Luis Santos*_____
LUIS SANTOS, ESQ.
Pro Hac Vice Admitted
101 E. Kennedy Boulevard, Suite 900
Tampa, Florida 33602

and

JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
LISA A. ZASTROW, ESQ.
Nevada Bar No. 9727
LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for Defendant Miller's Ale House, Inc.*