# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JASMINE ASSI,<br><br>  Plaintiff,<br><br>vs.<br><br>MILLER'S ALE HOUSE, INC.,<br><br>  Defendant. | 2:17-cv-02623-JCM-VCF<br>**ORDER** |

Before the Court is the Joint Motion to Vacate Remaining Discovery Deadlines. (ECF NO. 35).

The parties state that they have reached a settlement.

Accordingly, and for a good cause shown,

IT IS HEREBY ORDERED that the Joint Motion to Vacate Remaining Discovery Deadlines (ECF NO. 35) is GRANTED.

IT IS FURTHER ORDERED that the proposed stipulation and order for dismissal must be filed on or before September 21, 2018.

DATED this 21st day of August, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE